IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN THEODORE TRENHAILE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. D. ANDREWS,<br><br>　　　　　Respondent. | CV F 05-0227 WMW REC HC<br><br>ORDER DIRECTING PETITIONER TO FILE PETITION ON CORRECT FORM |

　　　　Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition is not filed on the form required by this court. Accordingly, the Clerk of the Court is HEREBY DIRECTED to mail Petitioner a copy of the form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is HEREBY ORDERED to complete this form, labeling it as his first amended

petition, and to file the completed form with the court within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

**Dated:   March 16, 2006**                             **/s/  William M. Wunderlich**
bl0dc4                                                  UNITED STATES MAGISTRATE JUDGE

2